| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Misty Perry Isaacson, CA SBN 193204<br>PAGTER AND PERRY ISAACSON, APLC<br>525 N. Cabrillo Park Drive, Ste. 104<br>Santa Ana, CA 92701<br>(714) 541-6072 (tel)<br>(714) 541-6897 (fax)<br>Email: misty@ppilawyers.com<br><br>John Ray Nelson, WSBA #16393<br>Foster Garvey, PC<br>618 W. Riverside Avenue, Ste. 300<br>Spokane, WA 99201<br>(509) 777-1604 (tel)<br>(509) 777-1616 (fax)<br>Email: john.nelson@foster.com<br>Admitted Pro Hac Vice<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Defendant Foster Garvey PC | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor(s). | CASE NO. 8: l9-bk-13560-SC<br>CHAPTER: 7<br>ADVERSARY NO. 8:20-ap-01052-SC |
|---|---|
| RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP,<br><br>Plaintiff,<br><br>FOSTER GARVEY PC, as successor in-interest to FOSTER PEPPER, PLLC, a Washington professional corporation,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]):  **ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE PRETRIAL CONFERENCE**<br><br>**Hearing**<br>Date:  December 1, 2021<br>Time:  1:30 p.m.<br>Ctrm:  5C<br>Place:  Virtually via ZoomGov |

PLEASE TAKE NOTE that the order or judgment titled **ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE PRETRIAL CONFERENCE** was lodged on (*date*) **12/03/2021** and is attached.  This order relates to the motion which is docket number **95**.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.ADV.NOTICE.LODGMENT**

Misty Perry Isaacson, CA SBN 193204
PAGTER AND PERRY ISAACSON, APLC
525 N. Cabrillo Park Drive, Ste. 104
Santa Ana, CA 92701
(714) 541-6072 (tel)
(714) 541-6897 (fax)
Email: misty@ppilawyers.com

John Ray Nelson, WSBA #16393
Foster Garvey, PC
618 W. Riverside Avenue, Ste. 300
Spokane, WA 99201
(509) 777-1604 (tel)
(509) 777-1616 (fax)
Email: john.nelson@foster.com
Admitted Pro Hac Vice

*Attorneys for Defendant Foster Garvey PC*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>　　　　　　　　Debtor. | Case No.: 8:l9-bk-13560-SC<br><br>Adversary No. 8:20-ap-01052-SC<br><br>Chapter 7 |
| RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP,<br><br>　　　　　　　　Plaintiff,<br><br>FOSTER GARVEY PC, as successor in-interest to FOSTER PEPPER, PLLC, a Washington professional corporation,<br><br>　　　　　　　　Defendant. | ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE PRETRIAL CONFERENCE<br><br>Date:　December 1, 2021<br>Time:　1:30 p.m.<br>Ctrm:　5C<br>Place:　Virtually via ZoomGov |

　　　A hearing was held virtually on December 1, 2021 at 1:30 p.m. before the Honorable Scott C. Clarkson, United States Bankruptcy Judge for the Central District of

1

1  California, in Courtroom 5C located at 411 W. Fourth Street, Santa Ana, California, on
2  plaintiff Richard A. Marshack, Chapter 7 Trustee's ("Plaintiff") Motion to Continue
3  Pretrial Conference ("Motion").  Appearances were made by John P. Reitman on behalf
4  of the Plaintiff and John Nelson and Misty Perry Isaacson on behalf of defendant Foster
5  Garvey.  No other appearances were made.

The Court having considered all the arguments and evidence presented by the parties in support of and in opposition to the Motion, and good cause appearing therefor:

**IT IS ORDERED** that the Motion is denied for the reasons set forth on the record.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**525 N. Cabrillo Park Drive, Suite 104, Santa Ana, CA  92701**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT RE: ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE PRETRIAL CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12/03/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Steven Casselberry**    s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Jack A. Reitman**    jareitman@landaufirm.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com
- **John P. Reitman**    jreitman@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com
- **Monica Rieder**    mrieder@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/03/2021 | IMELDA BYNOG | /s/ *Imelda Bynog* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**