Misty Perry Isaacson, CA SBN 193204
PAGTER AND PERRY ISAACSON, APLC
525 N. Cabrillo Park Drive, Ste. 104
Santa Ana, CA 92701
(714) 541-6072 (tel)
(714) 541-6897 (fax)
Email: misty@ppilawyers.com

John Ray Nelson, WSBA #16393
Foster Garvey, PC
618 W. Riverside Avenue, Ste. 300
Spokane, WA 99201
(509) 777-1604 (tel)
(509) 777-1616 (fax)
Email: john.nelson@foster.com
Admitted Pro Hac Vice

*Attorneys for Defendant Foster Garvey PC*

**FILED & ENTERED**

**DEC 10 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>　　　　　　　　Debtor.<br><br>―――<br><br>RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP,<br><br>　　　　　　　　Plaintiff,<br><br>FOSTER GARVEY PC, as successor in-interest to FOSTER PEPPER, PLLC, a Washington professional corporation,<br><br>　　　　　　　　Defendant. | Case No.: 8: l9-bk-13560-SC<br><br>Adversary No. 8:20-ap-01052-SC<br><br>Chapter 7<br><br>ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE PRETRIAL CONFERENCE<br><br>Date:　December 1, 2021<br>Time:　1:30 p.m.<br>Ctrm:　5C<br>Place:　Virtually via ZoomGov |

　　　A hearing was held virtually on December 1, 2021 at 1:30 p.m. before the Honorable Scott C. Clarkson, United States Bankruptcy Judge for the Central District of

1

California, in Courtroom 5C located at 411 W. Fourth Street, Santa Ana, California, on plaintiff Richard A. Marshack, Chapter 7 Trustee's ("Plaintiff") Motion to Continue Pretrial Conference ("Motion").  Appearances were made by John P. Reitman on behalf of the Plaintiff and John Nelson and Misty Perry Isaacson on behalf of defendant Foster Garvey.  No other appearances were made.

The Court having considered all the arguments and evidence presented by the parties in support of and in opposition to the Motion, and good cause appearing therefor:

**IT IS ORDERED** that the Motion is denied for the reasons set forth on the record.

###

Date: December 10, 2021

Scott C. Clarkson
United States Bankruptcy Judge